No. 77–6989.   Wilson v. Ohio; and

No. 78–5023.   Wilson v. Ohio.   Ct. App. Ohio, Hamilton County.   Certiorari denied.   Reported below: 55 Ohio App. 2d 64, 379 N. E. 2d 273.

No. 78–12.   Coniglio v. United States.   C. A. 2d Cir. Certiorari denied.

No. 78–96.   Lodge 1858, American Federation of Government Employees, et al. v. Frosch, Administrator, National Aeronautics and Space Administration, et al. C. A. D. C. Cir.   Certiorari denied.

No. 78–107.   Whitney v. United States.   C. A. 8th Cir. Certiorari denied.

No. 78–114.   Tsoumas, Director, Department of Financial Institutions of Illinois v. Glen Ellyn Savings & Loan Assn. et al.   Sup. Ct. Ill.   Certiorari denied.

No. 78–150.   Gonzales et al. v. Fairfax-Brewster School, Inc., et al.   C. A. 4th Cir.   Certiorari denied.

No. 78–158.   Besbris v. United States.   C. A. 9th Cir. Certiorari denied.

No. 78–172.   Jin Won Park et al. v. Immigration and Naturalization Service.   C. A. 9th Cir.   Certiorari denied.

No. 78–176.   Hall v. DiMarzo et al.   C. A. 1st Cir.   Certiorari denied.

No. 78–187.   David et vir v. Immigration and Naturalization Service.   C. A. 3d Cir.   Certiorari denied.